UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAK LUN NG,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED FINANCIAL CASUALTY COMPANY,<br><br>      Defendant. | Case No. 26-cv-03136-LJC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND STRIKING STIPULATION SELECTING ADR PROCESS**<br><br>Re: Dkt. No. 28 |

Plaintiff Tak Lun Ng, pro se, filed a "Stipulation" purporting to select an early settlement conference with a magistrate judge for alternative dispute resolution (ADR). ECF No. 28. Civil Local Rule 7-12 provides that "[e]very stipulation requesting judicial action must be in writing signed by all affected parties or their counsel." Civ. L.R. 7-12. Plaintiff's filing is not signed by Defendant's counsel. The stipulation is therefore STRICKEN sua sponte for failure to comply with Local Rule 7-12. Additionally, the Court will not require the parties to complete alternative dispute resolution until after the June 24, 2026 Order to Show Cause (ECF No. 26) is resolved, and then only if the Court determines that Plaintiff's case may proceed.

The case management conference previously set for July 16, 2026 is CONTINUED to September 17, 2026 at 1:30 PM, to occur by Zoom webinar videoconference. Access instructions are available at https://cand.uscourts.gov/ljc/. The parties shall file a joint case management statement or separate case management statements no later than September 10, 2026.

**IT IS SO ORDERED.**

Dated: June 25, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge