United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAK LUN NG,<br>Plaintiff,<br>v.<br>UNITED FINANCIAL CASUALTY COMPANY,<br>Defendant. | Case No. 3:26-cv-03136-LJC<br><br>**JUDGMENT IN A CIVIL CASE** |

() Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial, hearing, or submission on the papers to the Court. The issues have been presented and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that judgment is entered in favor of Defendant.

Dated: September 28, 2026

Mark Busby, Clerk of Court

By: Brittany Sims

Brittany Sims
Deputy Clerk