United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAK LUN NG,

Plaintiff,

v.

UNITED FINANCIAL CASUALTY COMPANY,

Defendant.

Case No. 26-cv-03136-LJC

**ORDER**

Re: Dkt. No. 43

The Court issued an order of dismissal (ECF No. 41) and the Clerk entered judgment for Defendant (ECF No. 42) on September 28, 2026. Plaintiff has filed a "Reply" arguing that the Court's Order was erroneous, which might also be intended as a motion for leave to amend, for reconsideration, or to alter or amend judgment. To the extent Plaintiff seeks such relief, it is DENIED for the reasons stated in the Court's previous Order. To the extent Plaintiff's filing purports to notice a hearing for October 15, 2026, that hearing is VACATED.

The Court will not respond to any further motions challenging matters previously decided or seeking to reopen this closed case.

**IT IS SO ORDERED.**

Dated: October 9, 2026

LISA J. CISNEROS
United States Magistrate Judge